# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **JAYESHKUMAR SHANKARBHAI CHAUDHARI,**<br><br>***Petitioner*,**<br><br>**v.**<br><br>**KRISTI NOEM, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; TODD LYONS, ACTING DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE); MARCOS CHARLES, ACTING EXECUTIVE ASSOCIATE DIRECTOR, ICE AND REMOVAL OPERATIONS; PAMELA BONDI, U.S. ATTORNEY GENERAL; AND WARDEN, EL PASO PROCESSING CENTER,**<br><br>***Respondents*.** | § § § § § § § § § § § § § § § § § § § § | **No. 3:26-cv-00123-LS** |

## ORDER DISMISSING CASE

Respondents have notified the court that Petitioner was released from custody under bond on or about July 31, 2026, pursuant to a district court order from the United States District Court for the District of New Mexico.[1] Petitioner filed a petition for a writ of habeas corpus regarding his detention by Immigration and Customs Enforcement.[2] Because Petitioner is no longer detained by Respondents, his petition is moot.[3] The Court therefore denies Petitioner's writ of habeas corpus and dismisses this case as moot.

---

[1] ECF No. 9.
[2] ECF No. 1.
[3] *See Ortez v. Chandler*, 845 F.2d 573, 575 (5th Cir. 1988) (stating that a habeas petition becomes moot when the habeas relief requested can no longer be effected); *Chafin v. Chafin*, 568 U.S. 165, 172 (2013) ("[A] case 'becomes moot only when it is impossible for a court to grant any effectual relief whatever to the prevailing party.'" (citation omitted)).

**SO ORDERED**.

**SIGNED** and **ENTERED** on October 9, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**